AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSS, ALLYNE R. | U.S.D.C., EDNY | 05/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT, EDNY
225 CADMAN PLAZA EAST
ROOM 915 SOUTH
BROOKLYN, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1-12/31 | Partner in Strook & Strook & Lavan LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | | | | | | | | |
| 2. -Life Insurance Policy Inssued by Northwestern Mutual | None | J | W | | | | | | |
| 3. IRA #1 | | | | | | | | | |
| 4. -Adobe Systems | | | | | Sold | 07/06/12 | J | B | |
| 5. -BP PLC | | | | | | | | | |
| 6. -Cisco Systems | | | | | | | | | |
| 7. -Google | | | | | | | | | |
| 8. -Dreyfus Liquid Assets (money market fund) | | | | | Sold | 04/26/12 | J | | |
| 9. -Morgan Stanley Liquid Assets | | | | | Buy | 04/26/12 | J | | |
| 10. -Ericsson | | | | | Sold | 11/02/12 | J | | |
| 11. -General Electric | | | | | | | | | |
| 12. -Annaly Capital Mgt. | | | | | | | | | |
| 13. -American Express | | | | | | | | | |
| 14. -Eli Lilly & Co. | | | | | | | | | |
| 15. -Citigroup | | | | | | | | | |
| 16. -Penn West | | | | | Sold | 11/02/12 | | | |
| 17. -Intel | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Microsoft | | | | | | | | | |
| 19.  -Windstream | | | | | Buy | 01/18/12 | K | D | |
| 20.  -Viacom | | | | | | | | | |
| 21.  -ishares Short Treas. Bond Fund | | | | | | | | | |
| 22.  -ishares FTSE NAREIT MTGE Fund | | | | | Buy (add'l) | 07/03/12 | J | | |
| 23.  -Powershares ETF Final PFD Portofolio | | | | | | | | | |
| 24.  -Enterprise Prods Partners | | | | | | | | | |
| 25.  -Putnam Premier Income Trust | | | | | | | | | |
| 26.  -Enerplus | | | | | Sold | 05/23/12 | K | | |
| 27.  -BlackRock Global Energy & Resources Trust | | | | | | | | | |
| 28.  -Boardwalk Pipeline Partners | | | | | | | | | |
| 29.  -Eaton Vance Limited Duration Fund | | | | | | | | | |
| 30.  -Hospitality PPTYS TR | | | | | Sold | 05/17/12 | K | B | |
| 31.  -Pengrowth Energy | | | | | Sold | 11/09/12 | J | | |
| 32.  -Dow Chemical | | | | | | | | | |
| 33.  -Conoco Phillips | | | | | | | | | |
| 34.  -Cohen & Steers Infrastructure Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Invesco Capital Mortgage | | | | | | | | | |
| 36. -Kayne Anderson Energy Dev. Co | | | | | | | | | |
| 37. -Bristol Myers Squibb | | | | | | | | | |
| 38. -Capstead Mtg | | | | | Sold | 10/19/12 | J | A | |
| 39. --CenturyLink | | | | | | | | | |
| 40. -Bank of America | | | | | | | | | |
| 41. -Freeport McMoran Copper & Gold | | | | | | | | | |
| 42. -General Mills | | | | | Buy | | | | See VII |
| 43. -AT &T | | | | | Buy | 11/12/12 | K | | |
| 44. -Clorox | | | | | Buy | 01/12/12 | K | | |
| 45. -Frontier Communications | | | | | Sold | 01/13/12 | K | | |
| 46. -HJ Heinz Co. | | | | | Sold | 01/10/12 | J | A | |
| 47. -MFA Financial | | | | | Sold | 08/13/12 | J | | |
| 48. -Merck | | | | | Sold | 11/19/12 | J | B | |
| 49. -Prudential Financial | | | | | Sold | 11/09/12 | J | A | |
| 50. -Skyworks Solutions | | | | | Sold | 05/17/12 | K | D | |
| 51. -Telstra | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Wachovia Cap Tr. | | | | | Sold | 05/07/12 | J | A | |
| 53. -Medical Properties Tr. | | | | | Buy | 10/11/12 | J | | |
| 54. -Pepsico | | | | | Buy | 10/26/12 | K | | |
| 55. -TC Pipelines LP | | | | | Buy | 02/28/12 | K | | |
| 56. -Vale SA | | | | | Buy | 08/09/12 | K | | |
| 57. -Vale SA | | | | | Buy (add'l) | 08/29/12 | J | | |
| 58. -Vanguard European HSCI ETF | | | | | Buy | 12/18/12 | J | | |
| 59. -Weyerhauser | | | | | Buy | 11/27/12 | K | | |
| 60. -NY CMNTY CAPITAL Trust | | | | | Buy | 03/01/12 | K | | |
| 61. -Pioneer MLTF AST ULT SHT FUND | | | | | Buy | 09/05/12 | K | | |
| 62. IRA #2 | | | | | | | | | |
| 63. -Dominion Resources | | | | | | | | | |
| 64. -Johnson & Johnson | | | | | | | | | |
| 65. -Citibank Account | | | | | | | | | |
| 66. -Keycorp Preferred | | | | | | | | | |
| 67. -Morgan Stanley Capital Tr. | | | | | | | | | |
| 68. -Provident Energy | | | | | Sold | 01/13/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -John Hancock Bank Fund | | | | | | | | | |
| 70. -Annaly Capital Mgt. | | | | | | | | | |
| 71. -Kayne Anderson Energy | | | | | | | | | |
| 72. -Cohen & Steers Infrastructure Fund | | | | | | | | | |
| 73. -Power Shares | | | | | | | | | |
| 74. -Brisol Myers Squibb | | | | | | | | | |
| 75. -Caterpillar | | | | | Buy | 10/26/12 | J | | |
| 76. -Pace Oil & Gas | | | | | | | | | |
| 77. -Freeport McMoran Copper & Gold | | | | | | | | | |
| 78. -Merck | | | | | Buy | 10/26/12 | J | | |
| 79. -Teva Pharmaceuticals | | | | | Buy | 10/26/12 | J | | |
| 80. Citibank Accounts | A | Interest | M | T | | | | | |
| 81. S&P Variable Participation Note | | None | M | T | | | | | |
| 82. Citigroup FDG MTN SR Index Note | | None | M | T | | | | | |
| 83. Vanguard Short-Term Investment Grade Fund | E | Dividend | O | U | Redeemed (part) | 04/10/12 | M | A | |
| 84. Vanugard Short-Term Investment Grade Fund | | | | | Redeemed (part) | 06/11/12 | L | | |
| 85. Vanguard Short-Term Investment Grade Fund | | | | | Redeemed (part) | 09/20/12 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Vanguard Short-Term Investment Grade Fund | | | | | Buy (add'l) | 09/24/12 | J | | |
| 87. | Vanguard Short-Term Investment Grade Fund | | | | | Redeemed (part) | 10/01/12 | M | B | |
| 88. | Vanguard Emerging Markets Index Fund | D | Dividend | N | U | Buy (add'l) | 03/09/12 | L | | |
| 89. | Vanguard Emerging Markets Index Fund | | | | | Buy (add'l) | 06/20/12 | L | | |
| 90. | Vanguard Mid-Cap Index Fund | D | Dividend | O | U | Sold (part) | 01/05/12 | L | B | |
| 91. | Vanguard Mid-Cap Index Fund | | | | | Buy (add'l) | 03/09/12 | L | | |
| 92. | Vanguard High-Yield Corporate Fund | E | Dividend | N | U | | | | | |
| 93. | General American Investors | D | Dividend | M | T | Buy (add'l) | 03/15/12 | J | | |
| 94. | General American Investors | | | | | Buy (add'l) | 03/16/12 | J | | |
| 95. | General American Investors | | | | | Buy (add'l) | 06/26/12 | J | | |
| 96. | General American Investors | | | | | Buy (add'l) | 08/06/12 | J | | |
| 97. | WFG-WPX Partners LLC | | None | N | W | | | | | |
| 98. | WisdomTree Commodity Country ETF | A | Dividend | L | T | Buy | 10/10/12 | L | | |
| 99. | Wisdom Tree Managed Futures ETF | | None | L | T | Buy | 10/10/12 | L | | |
| 100. | Columbia Acorn Fund | E | Dividend | O | U | | | | | |
| 101. | JP Morgan Midcap Value Fund | B | Dividend | M | U | | | | | |
| 102. | CenturyLink | A | Dividend | | | Sold | 02/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Comerica | A | Dividend | J | T | Sold (part) | 02/12/12 | J | | |
| 104. Comerica | | | J | T | Sold | 08/31/12 | J | A | |
| 105. Cameron International | | None | J | T | Buy | 12/18/12 | J | | |
| 106. Cerner | | None | | | Buy | | | J | See Part VIII |
| 107. Cerner | | | | | Sold (part) | 02/16/12 | J | A | |
| 108. Cerner | | | | | Buy (add'l) | 04/30/12 | J | | |
| 109. Cerner | | | | | Buy (add'l) | 05/09/12 | J | | |
| 110. Cerner | | | | | Buy (add'l) | 11/21/12 | J | | |
| 111. Cerner | | | | | Sold (part) | 11/27/12 | J | A | |
| 112. Kimberly Clark | A | Dividend | J | T | Sold (part) | 01/06/12 | J | A | |
| 113. Kimberly Clark | | | | | Sold (part) | 02/16/12 | J | A | |
| 114. Kimberly Clark | | | | | Sold (part) | 03/14/12 | J | A | |
| 115. Kroger | | None | J | T | Sold (part) | 01/20/12 | J | | |
| 116. Kroger | | | | | Sold (part) | 02/09/12 | J | | |
| 117. Kroger | | | | | Sold | 02/10/12 | J | | |
| 118. Marathon Oil | B | Dividend | J | T | | | | | |
| 119. Raytheon | A | Dividend | J | T | Sold (part) | 02/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Allergan | A | Dividend | J | T | Buy (add'l) | 10/19/12 | J | | |
| 121. Allergan | | | | | Buy (add'l) | 11/21/12 | J | | |
| 122. Citrix | | | | | | | | | See Part VIII |
| 123. Dow Chemical | A | Dividend | J | T | | | J | | |
| 124. Express Scripts Inc. | | None | J | T | Sold (part) | 02/16/12 | | | |
| 125. Express Scripts Inc. | | | | | Buy (add'l) | 11/12/12 | J | | |
| 126. Express Scripts Inc. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 127. Flowserve | | | | | | | | | See Part VIII |
| 128. Juniper Networks | | None | | | Sold (part) | 02/16/12 | J | | |
| 129. Juniper Networks | | | | | Sold | 04/25/12 | J | | |
| 130. Potash Corp of Saskatchewan | | | | | | | | | See Part VIII |
| 131. Occidental Petroleum | A | Dividend | J | T | Buy (add'l) | 02/12/12 | J | | |
| 132. Occidental Petroleum | | | | | Sold (part) | 02/16/12 | J | A | |
| 133. Occidental Petroleum | | | | | Sold (part) | 06/11/12 | J | A | |
| 134. Starbucks | A | Dividend | K | T | Sold (part) | 02/16/12 | J | A | |
| 135. Starbucks | | | | | Sold (part) | 02/22/12 | J | A | |
| 136. Starbucks | | | | | Buy (add'l) | 11/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Starbucks | | | | | Buy (add'l) | 12/06/12 | J | | |
| 138. Intel | B | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 139. Intel | | | | | Sold (part) | 07/12/12 | J | A | |
| 140. Intel | | | | | Sold (part) | 07/13/12 | J | A | |
| 141. Microsoft | C | Dividend | K | T | Sold (part) | 02/16/12 | J | A | |
| 142. Microsoft | | | | | Buy (add'l) | 03/02/12 | J | | |
| 143. Microsoft | | | | | Buy (add'l) | 04/20/12 | J | | |
| 144. Microsoft | | | | | Buy (add'l) | 05/17/12 | J | | |
| 145. Microsoft | | | | | Buy (add'l) | 07/12/12 | J | | |
| 146. Microsoft | | | | | Buy (add'l) | 08/01/12 | J | | |
| 147. Proctor & Gamble | A | Dividend | K | T | Sold (part) | 06/20/12 | J | | |
| 148. Proctor & Gamble | | | | | Buy (add'l) | 10/24/12 | J | | |
| 149. Proctor & Gamble | | | | | Buy (add'l) | 11/21/12 | J | | |
| 150. Hitachi | A | Dividend | J | T | Buy | 03/21/12 | J | | |
| 151. Hitachi | | | | | Buy (add'l) | 03/22/12 | J | | |
| 152. Hitachi | | | | | Buy (add'l) | 03/30/12 | J | | |
| 153. Hitachi | | | | | Buy (add'l) | 04/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Hitachi | | | | | Buy (add'l) | 05/11/12 | J | | |
| 155. Fed Ex | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 156. Fed Ex | | | | | Buy (add'l) | 01/13/12 | J | | |
| 157. Pepsico | A | Dividend | J | T | Sold (part) | 10/12/12 | J | A | |
| 158. Pepsico | | | | | Sold | 10/16/12 | J | A | |
| 159. Chevron | A | Dividend | J | T | Sold (part) | 03/11/12 | J | A | |
| 160. Home Depot | | None | J | T | Sold (part) | 03/11/12 | J | A | |
| 161. J.P. Morgan Chase | A | Dividend | K | T | Buy (add'l) | 03/02/12 | J | | |
| 162. J.P. Morgan Chase | | | | | Sold (part) | 02/16/12 | J | A | |
| 163. J.P. Morgan Chase | | | | | Sold (part) | 05/07/12 | J | A | |
| 164. J.P. Morgan Chase | | | | | Sold (part) | 06/11/12 | J | | |
| 165. Joy Global | A | Dividend | J | T | Buy | 01/24/12 | J | | |
| 166. Joy Global | | | | | Buy (add'l) | 02/03/12 | J | | |
| 167. Joy Global | | | | | Buy (add'l) | 03/01/12 | J | | |
| 168. Joy Global | | | | | Buy (add'l) | 05/18/12 | J | | |
| 169. Joy Global | | | | | Buy (add'l) | 11/21/12 | J | | |
| 170. Johnson Controls | A | Dividend | | | Sold (part) | 02/16/12 | J | | See Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Google | | None | | | Sold (part) | 01/11/12 | J | A | |
| 172. Google | | None | | | Sold (part) | 02/16/12 | J | A | |
| 173. Google | | None | | | Sold (part) | 04/30/12 | J | B | |
| 174. Google | | | | | Buy (add'l) | 11/21/12 | J | | |
| 175. Teva Pharmaceutical | A | Dividend | J | T | Sold (part) | 12/18/12 | J | | |
| 176. Comcast | | None | J | T | Sold (part) | 02/16/12 | J | A | |
| 177. Crown Castle Intl | | None | J | T | Buy | 04/26/12 | J | | |
| 178. Crown Castle Intl | | | | | Buy (add'l) | 06/08/12 | J | | |
| 179. Crown Castle Intl | | | | | Buy (add'l) | 11/21/12 | J | | |
| 180. Crown Castle Intl | | | | | Sold (part) | 11/26/12 | J | A | |
| 181. Discovery Communications | | None | J | T | Buy | 06/28/12 | J | | |
| 182. Discovery Communications | | | | | Buy (add'l) | 11/21/12 | J | | |
| 183. ENI SPA | A | Dividend | K | T | Buy | 01/20/12 | J | | |
| 184. ENI SPA | | | | | Buy (add'l) | 02/06/12 | J | | |
| 185. ENI SPA | | | | | Buy (add'l) | 02/14/12 | J | | |
| 186. ENI SPA | | | | | Buy (add'l) | 03/06/12 | J | | |
| 187. ENI SPA | | | | | Buy (add'l) | 06/01/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ENI SPA | | | | | Buy (add'l) | 11/26/12 | J | | |
| 189. Credit Suisse | A | Dividend | J | T | Sold (part) | 06/29/12 | J | | |
| 190. Credit Suisse | | | | | Buy (add'l) | 09/17/12 | J | | |
| 191. Credit Suisse | | | | | Buy (add'l) | 09/26/12 | J | | |
| 192. Credit Suisse | | | | | Buy (add'l) | 11/26/12 | J | | |
| 193. Credit Suisse | | | | | Buy (add'l) | 12/14/12 | J | | |
| 194. JPM Highbridge Dynamic Commodities Strategy Fund | | None | | | Buy | 02/22/12 | M | | |
| 195. JPM Highbridge Dynamic Commodities Strategy Fund | | | | | Sold (part) | 10/25/12 | J | | |
| 196. JPM Highbridge Dynamic Commodities Strategy Fund | | | | | Sold | 11/19/12 | L | | |
| 197. Apple Computer | A | Dividend | K | T | Sold (part) | 05/11/12 | K | E | |
| 198. Apple Computer | | | | | Buy (add'l) | 11/12/12 | J | | |
| 199. Danaher Corp. | A | Dividend | J | T | Sold (part) | 02/16/12 | J | | See Part VIII |
| 200. EMC Corp. | | None | J | T | Sold (part) | 04/22/12 | J | A | |
| 201. EMC Corp. | | | | | Buy (add'l) | 08/02/12 | J | | |
| 202. EMC Corp. | | | | | Buy (add'l) | 08/09/12 | J | | |
| 203. EMC Corp. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 204. Gilead Sciences | | None | J | T | Sold (part) | 02/16/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Gilead Sciences | | | | | Sold (part) | 05/09/12 | J | | |
| 206. Gilead Sciences | | | | | Buy (add'l) | 11/12/12 | J | | |
| 207. Gilead Sciences | | | | | Buy (add'l) | 11/13/12 | J | | |
| 208. Gilead Sciences | | | | | Buy (add'l) | 11/21/12 | J | | |
| 209. Limited Brands | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 210. Schlumberger | | None | K | T | Sold (part) | 02/16/12 | J | A | |
| 211. Schlumberger | | | | | Sold (part) | 03/02/12 | J | A | |
| 212. Schlumberger | | | | | Sold (part) | 06/14/12 | J | A | |
| 213. Schlumberger | | | | | Buy (add'l) | 11/21/12 | J | | |
| 214. Time Warner | A | Dividend | J | T | | | J | | |
| 215. Under Armour | | None | J | T | Buy | 04/20/12 | J | | |
| 216. Under Armour | | | | | Sold (part) | 05/24/12 | J | | |
| 217. Under Armour | | | | | Sold (part) | 06/07/12 | J | | |
| 218. Under Armour | | | | | Sold (part) | 08/27/12 | J | A | |
| 219. Under Armour | | | | | Sold | 10/25/12 | J | A | |
| 220. General Electric | B | Dividend | K | T | Sold (part) | 02/16/12 | J | A | |
| 221. General Electric | | | | | Buy (add'l) | 11/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Travelers Cos. | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 223.  AT & T | B | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 224.  Deutsche Bank | A | Dividend | | | Buy | 03/14/12 | J | | |
| 225.  Deutsche Bank | | | | | Buy (add'l) | 03/19/12 | J | | |
| 226.  Deutsche Bank | | | | | Buy (add'l) | 06/06/12 | J | | |
| 227.  Deutsche Bank | | | | | Sold (part) | 06/29/12 | J | | |
| 228.  Deutsche Bank | | | | | Sold | 07/09/12 | J | | |
| 229.  Amazon.com | | None | K | T | Buy (add'l) | 02/14/12 | J | | |
| 230.  Amazon.com | | | | | Buy | 03/26/12 | J | | |
| 231.  Amason.com | | | | | Buy (add'l) | 05/08/12 | J | | |
| 232.  Amazon.com | | | | | Buy (add'l) | 06/06/12 | J | | |
| 233.  Amazon.com | | | | | Buy (add'l) | 11/21/12 | J | | |
| 234.  Northrup Grumman | A | Dividend | J | T | Sold (part) | 02/16/12 | J | | |
| 235.  Pfizer | B | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 236.  Pfizer | | | | | Buy (add'l) | 06/12/12 | J | | |
| 237.  Pfizer | | | | | Buy (add'l) | 11/21/12 | J | | |
| 238.  Kohls | A | Dividend | | | Sold (part) | 02/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Kohls | | | | | Sold (part) | 05/16/12 | J | | |
| 240. Monsanto | A | Dividend | K | T | Buy (add'l) | 01/06/12 | J | | |
| 241. Monsanto | | | | | Sold (part) | 02/16/12 | J | A | |
| 242. Monsanto | | | | | Buy (add'l) | 04/12/12 | J | | |
| 243. Monsanto | | | | | Buy (add'l) | 11/21/12 | J | | |
| 244. Monsanto | | | | | Sold (part) | 11/26/12 | J | A | |
| 245. Nvidia | | | | | | | | | See Part VIII |
| 246. Oracle | B | Dividend | | | Sold (part) | 02/16/12 | J | A | |
| 247. Oracle | | | | | Sold (part) | 03/14/12 | J | A | |
| 248. Oracle | | | | | Sold (part) | 03/23/12 | J | | |
| 249. Oracle | | | | | Sold (part) | 06/21/12 | J | | |
| 250. Oracle | | | | | Sold | 10/18/12 | J | A | |
| 251. Tyco | | None | | | Sold | 02/14/12 | J | A | |
| 252. ADT Corp. | | None | J | T | Buy | 11/28/12 | J | | |
| 253. Vodafone | A | Dividend | K | T | Sold (part) | 02/16/12 | J | | |
| 254. Vodafone | | | | | Buy (add'l) | 03/21/12 | J | | |
| 255. Vodafone | | | | | Buy (add'l) | 11/19/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Vodafone | | | | | Buy (add'l) | 11/26/12 | J | | |
| 257. Vodafone | | | | | Sold (part) | 12/18/12 | J | A | |
| 258. Deere | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 259. EOG Res. | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 260. EOG Res. | | | | | Sold (part) | 02/02/12 | J | A | |
| 261. EOG Res. | | | | | Sold (part) | 04/24/12 | J | A | |
| 262. EOG Res. | | | | | Sold (part) | 06/18/12 | J | A | |
| 263. EOG Res. | | | | | Sold (part) | 06/21/12 | J | | |
| 264. EOG Res. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 265. EOG Res. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 266. Wells Fargo | B | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 267. Honeywell International | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 268. Kraft Foods | A | Dividend | J | T | Buy | 04/27/12 | J | | |
| 269. Kraft Foods | | | | | Buy (add'l) | 05/01/12 | J | | |
| 270. Kraft Foods | | | | | Buy (add'l) | 06/20/12 | J | | |
| 271. Kraft Foods | | | | | Sold (part) | 10/02/12 | J | A | |
| 272. Kraft Foods | | | | | Buy (add'l) | 10/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Kraft Foods | | | | | Buy (add'l) | 11/21/12 | J | | |
| 274. Kinder Morgan | | None | J | T | Buy | 08/07/12 | J | | |
| 275. Kinder Morgan | | | | | Buy (add'l) | 11/21/12 | J | | |
| 276. Mitsubishi UFJ Financial | | None | J | T | Buy | 12/18/12 | J | | |
| 277. Mondelez Intl | | None | J | T | Buy | 04/27/12 | J | | |
| 278. Mondelez Intl | | | | | Buy (add'l) | 05/01/12 | J | | |
| 279. Mondelez Intl | | | | | Buy (add'l) | 06/20/12 | J | | |
| 280. Mondelez Intl | | | | | Buy (add'l) | 11/21/12 | J | | |
| 281. General Mills | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 282. Fifth Third Bancorp | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 283. Fifth Third Bancorp | | | | | Sold | 06/01/12 | J | | |
| 284. Fifth Third Bancorp | | | | | Buy | 12/12/12 | J | | |
| 285. Johnson & Johnson | A | Dividend | J | T | Sold (part) | 02/16/12 | J | | |
| 286. Johnson & Johnson | | | | | Sold (part) | 03/19/12 | J | | |
| 287. Johnson & Johnson | | | | | Sold (part) | 04/18/12 | J | | |
| 288. Johnson & Johnson | | | | | Buy (add'l) | 08/29/12 | J | | |
| 289. Johnson & Johnson | | | | | Buy (add'l) | 10/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Johnson & Johnson | | | | | Buy (add'l) | 11/21/12 | J | | |
| 291. Trishield Distressed Securities Fund | | None | P1 | U | | | | | |
| 292. Abbott Labs | A | Dividend | J | T | Sold (part) | 08/29/12 | J | A | |
| 293. Abercrombie & Fitch | | None | | | Sold (part) | 02/16/12 | J | | |
| 294. Abercrombie & Fitch | | | | | Sold | 02/28/12 | J | | |
| 295. Ace Ltd. | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 296. American International Group | | None | J | T | Buy | 08/17/12 | J | | |
| 297. American International Group | | | | | Buy (add'l) | 10/09/12 | J | | |
| 298. American International Group | | | | | Buy (add'l) | 11/21/12 | J | | |
| 299. Allianz | | None | K | T | Buy (add'l) | 11/19/12 | J | | |
| 300. Allianz | | | | | Buy (add'l) | 11/26/12 | J | | |
| 301. Anheuser Busch | | None | J | T | Buy | 08/28/12 | J | | |
| 302. Anheuser Busch | | | | | Buy (add'l) | 10/16/12 | J | | |
| 303. Anheuser Busch | | | | | Buy (add'l) | 11/21/12 | J | | |
| 304. Arcelormittal | B | Dividend | J | T | Buy | 01/13/12 | J | | |
| 305. Arcelormittal | | | | | Buy (add'l) | 01/20/12 | J | | |
| 306. Arcelormittal | | | | | Buy (add'l) | 02/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. AXA | | None | J | T | Buy | 08/08/12 | J | | |
| 308. AXA | | | | | Buy (add'l) | 08/22/12 | J | | |
| 309. AXA | | | | | Sold (part) | 09/28/12 | J | A | |
| 310. American Electric Power | | None | | | Sold | 01/20/12 | J | | |
| 311. American Express | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 312. American Express | | | | | Sold (part) | 04/30/12 | J | B | |
| 313. ASML Holding | | None | K | T | Sold (part) | 02/06/12 | J | A | |
| 314. ASML Holding | | | | | Buy (add'l) | 04/30/12 | J | | |
| 315. ASML Holding | | | | | Buy (add'l) | 06/14/12 | J | | |
| 316. ASML Holding | | | | | Buy (add'l) | 10/23/12 | J | | |
| 317. ASML Holding | | | | | Buy (add'l) | 11/21/12 | J | | |
| 318. ASML Holding | | | | | Sold (part) | 11/29/12 | J | A | |
| 319. ASML Holding | | | | | Buy (add'l) | 12/06/12 | J | | |
| 320. Australia & New Zealand Banking Group | | None | J | T | Buy (add'l) | 01/04/12 | J | | |
| 321. Australia & New Zealand Banking Group | | | | | Buy (add'l) | 03/05/12 | J | | |
| 322. Australia & New Zealand Banking Group | | | | | Sold (part) | 09/17/12 | J | A | |
| 323. Australia & New Zealand Banking Group | | | | | Buy | 11/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Australia & New Zealand Bankng Group | | | | | Sold (part) | 12/14/12 | J | A | |
| 325. Australia & New Zealand Banking Group | | | | | Sold (part) | 12/18/12 | J | A | |
| 326. Banco Bilbao Vizcaya Argentaria | | None | | | Buy (add'l) | 02/03/12 | J | | |
| 327. Banco Bilbao Vizcaya Argentaria | | | | | Buy (add'l) | 07/30/12 | J | | |
| 328. Banco Bilbao Vizcaya Argentaria | | | | | Sold (part) | 03/14/12 | J | | |
| 329. Banco Bilbao Vizcaya Argentaria | | | | | Sold (part) | 03/28/12 | J | | |
| 330. Banco Bilbao Vizcaya Argentaria | | | | | Sold (part) | 09/17/12 | J | | |
| 331. Banco Bilbao Vizcaya Argentaria | | | | | Sold (part) | 11/07/12 | J | | |
| 332. Banco Bilbao Vizcaya Argentaria | | | | | Sold | 12/07/12 | J | A | |
| 333. Acco Brands | | None | | | Buy | | J | | See Part VIII |
| 334. Acco Brands | | | | | Sold (part) | 05/01/12 | J | A | |
| 335. Acco Brands | | | | | Sold | 07/30/12 | J | | |
| 336. Bank of Nova Scotia | | None | J | T | Sold (part) | 02/16/12 | J | | |
| 337. Barclays PLC | B | Dividend | J | T | Buy (add'l) | 01/31/12 | J | | |
| 338. Barclays PLC | | | | | Sold (part) | 02/16/12 | J | | |
| 339. Barclays PLC | | | | | Buy (add'l) | 03/14/12 | J | | |
| 340. Barclays PLC | | | | | Buy (add'l) | 11/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. BASF | A | Dividend | J | T | Sold (part) | 02/15/12 | J | | |
| 342. BASF | | | | | Sold (part) | 03/22/12 | J | | |
| 343. BASF | | | | | Buy (add'l) | 06/06/12 | J | | |
| 344. BASF | | | | | Sold (part) | 10/11/12 | J | | |
| 345. BASF | | | | | Buy (add'l) | 11/27/12 | J | | |
| 346. Bayer | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 347. Bayer | | | | | Sold (part) | 03/19/12 | J | | |
| 348. Bayer | | | | | Sold (part) | 10/19/12 | J | A | |
| 349. Bayer | | | | | Sold (part) | 10/23/12 | J | A | |
| 350. Bayer | | | | | Buy (add'l) | 11/26/12 | J | | |
| 351. Bayer | | | | | Sold (part) | 11/27/12 | J | A | |
| 352. Bayer | | | | | Sold (part) | 11/29/12 | J | A | |
| 353. BG Group | | None | | | Sold (part) | 02/16/12 | J | | |
| 354. BG Group | | | | | Sold | 05/17/12 | J | | |
| 355. BHP Billiton | A | Dividend | J | T | Sold (part) | 02/16/12 | J | | |
| 356. BHP Billiton | | | | | Sold (part) | 03/14/12 | J | | |
| 357. Biogen Idec | | None | J | T | Sold (part) | 02/16/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Biogen Idec | | | | | Buy (add'l) | 02/01/12 | J | | |
| 359. Biogen Idec | | | | | Sold (part) | 04/20/12 | J | A | |
| 360. Biogen Idec | | | | | Buy (add'l) | 11/21/12 | J | | |
| 361. Biogen Idec | | | | | Sold (part) | 11/29/12 | J | A | |
| 362. BNP Paribas | A | Dividend | J | T | Sold (part) | 01/31/12 | J | | |
| 363. BNP Paribas | | | | | Buy (add'l) | 03/02/12 | J | | |
| 364. BNP Paribas | | | | | Buy (add'l) | 06/29/12 | J | | |
| 365. BNP Paribas | | | | | Buy (add'l) | 08/22/12 | J | | |
| 366. BNP Paribas | | | | | Buy (add'l) | 08/23/12 | J | | |
| 367. BNP Paribas | | | | | Buy (add'l) | 11/26/12 | J | | |
| 368. Boeing | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 369. Boeing | | | | | Buy (add'l) | 11/21/12 | J | | |
| 370. Borg Warner | | None | J | T | Sold (part) | 02/16/12 | J | A | |
| 371. Borg Warner | | | | | Sold (part) | 05/15/12 | J | A | |
| 372. Borg Warner | | | | | Buy (add'l) | 11/21/12 | J | | |
| 373. BP | A | Dividend | | | Sold (part) | 06/06/12 | J | | |
| 374. BP | | | | | Sold (part) | 06/27/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. BP | | | | | Sold | 07/05/12 | J | | |
| 376. Bristol Myers Squibb | B | Dividend | K | T | Sold (part) | 02/16/12 | J | A | |
| 377. Bristol Myers Squibb | | | | | Buy (add'l) | 08/28/12 | J | | |
| 378. Bristol Myers Squibb | | | | | Buy (add'l) | 09/24/12 | J | | |
| 379. Bristol Myers Squibb | | | | | Buy (add'l) | 11/21/12 | J | | |
| 380. British American Tobacco | | None | J | T | Sold (part) | 06/06/12 | J | A | |
| 381. British American Tobacco | | | | | Sold (part) | 08/22/12 | J | A | |
| 382. British American Tobacco | | | | | Sold (part) | 09/05/12 | J | A | |
| 383. British American Tobacco | | | | | Sold (part) | 12/07/12 | J | A | |
| 384. British American Tobacco | | | | | Sold (part) | 12/20/12 | J | A | |
| 385. BT Group | A | Dividend | | | Sold | 03/12/12 | J | A | |
| 386. Cameco | A | Dividend | | | Sold (part) | 02/16/12 | J | | |
| 387. Cameco | | | | | Sold | 09/18/12 | J | | |
| 388. Canon | | None | J | T | Buy (add'l) | 08/22/12 | J | | |
| 389. Canon | | | | | Buy (add'l) | 12/18/12 | J | | |
| 390. Caterpillar | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 391. CDN National Railway | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Centrica | | None | J | T | Buy (add'l) | 04/03/12 | J | | |
| 393. Centrica | | | | | Sold (part) | 09/20/12 | J | A | |
| 394. Centrica | | | | | Sold (part) | 10/23/12 | J | | |
| 395. Centrica | | | | | Sold (part) | 10/24/12 | J | | |
| 396. China Construction BK | A | Dividend | J | T | | | | | |
| 397. China Construction BK | | | | | Buy (add'l) | 11/02/12 | J | | |
| 398. Chubb | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 399. CNOOC | A | Dividend | J | T | Buy (add'l) | 06/12/12 | J | | |
| 400. Coach | A | Dividend | | | Sold (part) | 02/22/12 | J | A | |
| 401. Coach | | | | | Sold | 06/07/12 | J | A | |
| 402. Coca Cola | B | Dividend | K | T | Sold (part) | 02/09/12 | J | A | |
| 403. Coca Cola | | | | | Sold (part) | 02/16/12 | J | A | |
| 404. Coca Cola | | | | | Buy (add'l) | 06/26/12 | J | | |
| 405. Coca Cola | | | | | Buy (add'l) | 11/21/12 | J | | |
| 406. Conoco Phillips | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 407. Phillips 66 | A | Dividend | J | T | | 05/01/12 | J | | See Part VIII |
| 408. Nike | A | Dividend | | | Buy | 03/20/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Nike | | | | | Buy (add'l) | 04/30/12 | J | | |
| 410. Nike | | | | | Sold | 09/18/12 | J | | |
| 411. Cons Energy | A | Dividend | J | T | Sold (part) | 02/16/12 | J | | |
| 412. Sherwin Williams | A | Dividend | J | T | Buy | 08/13/12 | J | | |
| 413. Sherwin Williams | | | | | Buy (add'l) | 08/14/12 | J | | |
| 414. Sherwin Williams | | | | | Buy (add'l) | 11/21/12 | J | | |
| 415. Covidien | A | Dividend | | | Sold (part) | 02/16/12 | J | A | |
| 416. Covidien | | | | | Sold | 11/09/12 | J | A | |
| 417. Deutsche Telekom | | None | | | Sold | 01/19/12 | J | | |
| 418. NetApp | | None | | | Buy | 02/22/12 | J | | |
| 419. NetApp | | | | | Buy (add'l) | 03/22/12 | J | | |
| 420. NetApp | | | | | Buy (add'l) | 03/27/12 | J | | |
| 421. NetApp | | | | | Sold (part) | 05/18/12 | J | | |
| 422. NetApp | | | | | Sold | 06/12/12 | J | | |
| 423. Diageo PLC | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 424. Dominion Resources | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 425. Dupont | A | Dividend | J | T | Sold (part) | 02/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. EON AG | A | Dividend | | | Sold (part) | 03/22/12 | J | A | |
| 427. EON AG | | | | | Sold | 11/14/12 | J | | |
| 428. Edwards Lifesciences | | None | | | Sold (part) | 02/16/12 | J | A | |
| 429. Edwards Lifesciences | | | | | Sold (part) | 06/14/12 | J | A | |
| 430. Edwards Lifesciences | | | | | Sold (part) | 06/19/12 | J | A | |
| 431. Edwards Lifesciences | | | | | Sold (part) | 06/20/12 | J | A | |
| 432. Edwards Lifesciences | | | | | Sold (part) | 06/26/12 | J | A | |
| 433. Edwards Lifesciences | | | | | Sold (part) | 08/09/12 | J | B | |
| 434. Edwards Lifesciences | | | | | Sold | 08/20/12 | J | B | |
| 435. Enbridge | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 436. EQT Corp. | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 437. Experian | A | Dividend | J | T | Buy (add'l) | 11/26/12 | J | | |
| 438. Exxon Mobil | A | Dividend | K | T | Sold (part) | 02/16/12 | J | A | |
| 439. Family Dollar Stores | A | Dividend | J | T | Sold (part) | 02/16/12 | J | | |
| 440. Family Dollar Stores | | | | | Buy (add'l) | 05/09/12 | J | | |
| 441. Family Dollar Stores | | | | | Sold (part) | 06/14/12 | J | A | |
| 442. Family Dollar Stores | | | | | Buy (add'l) | 11/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Firstenergy Corp. | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 444. GDF Suez | A | Dividend | J | T | Sold (part) | 04/03/12 | J | | |
| 445. GDF Suez | | | | | Sold (part) | 04/24/12 | J | | |
| 446. GFD Suez | | | | | Sold (part) | 05/02/12 | J | | |
| 447. GDF Suez | | | | | Buy (add'l) | 09/19/12 | J | | |
| 448. General Dynamics | A | Dividend | J | T | Sold (part) | 02/16/12 | J | | |
| 449. Glaxo SmithKline | A | Dividend | J | T | Sold (part) | 01/24/12 | J | A | |
| 450. Glaxo SmithKline | | | | | Sold (part) | 05/02/12 | J | A | |
| 451. Glaxo SmithKline | | | | | Sold (part) | 06/19/12 | J | A | |
| 452. Glaxo SmithKline | | | | | Sold (part) | 11/02/12 | J | A | |
| 453. Glaxo SmithKline | | | | | Sold (part) | 11/30/12 | J | A | |
| 454. Glaxo SmithKline | | | | | Sold (part) | 12/20/12 | J | A | |
| 455. Honda Motor | | None | J | T | Buy (add'l) | 03/21/12 | J | | |
| 456. Honda Motor | | | | | Buy (add'l) | 03/29/12 | J | | |
| 457. Honda Motor | | | | | Buy (add'l) | 06/21/12 | J | | |
| 458. HSBC Holding | | None | K | T | Buy (add'l) | 03/28/12 | J | | |
| 459. HBSC Holding | | | | | Buy (add'l) | 06/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 48

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

05/08/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. HSBC Holding | | | | | Buy (add'l) | 06/19/12 | J | | |
| 461. HSBC Holding | | | | | Buy (add'l) | 07/09/12 | J | | |
| 462. HSBC Holding | | | | | Buy (add'l) | 11/26/12 | J | | |
| 463. Hutchison Whampoa | None | | J | T | Sold (part) | 02/16/12 | J | A | |
| 464. Hutchison Whampoa | | | | | Buy (add'l) | 08/08/12 | J | | |
| 465. Hutchison Whampoa | | | | | Buy (add'l) | 11/26/12 | J | | |
| 466. Illumina Inc. | None | | J | T | Sold (part) | 01/26/12 | J | | |
| 467. Illumina Inc. | | | | | Sold (part) | 02/16/12 | J | | |
| 468. Illumina Inc. | | | | | Buy (add'l) | 04/28/12 | J | | |
| 469. Illumina Inc. | | | | | Sold (part) | 08/22/12 | J | | |
| 470. Illumina Inc. | | | | | Sold (part) | 08/23/12 | J | | |
| 471. Illumina Inc. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 472. ING | None | | J | T | Sold (part) | 02/16/12 | J | | |
| 473. ING | | | | | Buy (add'l) | 08/03/12 | J | | |
| 474. ING | | | | | Buy (add'l) | 08/09/12 | J | | |
| 475. ING | | | | | Sold (part) | 09/18/12 | J | | |
| 476. ING | | | | | Sold (part) | 09/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Intercontinential Hotels | | None | J | T | Sold (part) | 10/09/12 | J | A | |
| 478. Pearson PLC | A | Dividend | J | T | Buy | 05/03/12 | J | | |
| 479. Pearson PLC | | | | | Buy (add'l) | 08/22/12 | J | | |
| 480. Pearson PLC | | | | | Buy (add'l) | 11/26/12 | J | | |
| 481. IBM | A | Dividend | K | T | Sold (part) | 02/16/12 | J | A | |
| 482. IBM | | | | | Buy (add'l) | 09/05/12 | J | | |
| 483. IBM | | | | | Buy (add'l) | 09/21/12 | J | | |
| 484. IBM | | | | | Buy (add'l) | 11/21/12 | J | | |
| 485. KT Corp | A | Dividend | | | Sold | 08/07/12 | J | | |
| 486. Swedbank | A | Dividend | J | T | Buy | 01/13/12 | J | | |
| 487. Teradata | | None | J | T | Buy | 07/05/12 | J | | |
| 488. Teradata | | | | | Buy (add'l) | 07/17/12 | J | | |
| 489. Teradata | | | | | Buy (add'l) | 11/21/12 | J | | |
| 490. LM Ericsson Telefon | | None | | | Sold (part) | 10/17/12 | J | | |
| 491. LM Ericsson Telefon | | | | | Sold (part) | 11/06/12 | J | | |
| 492. LM Ericsson Telefon | | | | | Buy (add'l) | 12/07/12 | J | | |
| 493. LM Ericsson Telefon | | | | | Buy (add'l) | 12/20/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Las Vegas Sands Corp. | A | Dividend | | | Sold (part) | 01/24/12 | J | A | |
| 495. Las Vegas Sands Corp. | | | | | Sold (part) | 02/16/12 | J | A | |
| 496. Las Vegas Sands Corp. | | | | | Sold (part) | 03/02/12 | J | A | |
| 497. Las Vegas Sands Corp. | | | | | Sold (part) | 06/26/12 | J | A | |
| 498. Las Vegas Sands Corp. | | | | | Sold | 09/25/12 | J | | |
| 499. Estee Lauder | | None | | | Sold (part) | 02/16/12 | J | A | |
| 500. Estee Lauder | | | | | Sold (part) | 07/12/12 | J | A | |
| 501. Estee Lauder | | | | | Sold | 07/17/12 | J | A | |
| 502. Lloyds Banking Corp. | | None | | | Sold | 03/08/12 | J | | |
| 503. Lorillard | A | Dividend | J | T | Sold (part) | 01/30/12 | J | B | |
| 504. Lorillard | | | | | Sold (part) | 02/16/12 | J | A | |
| 505. Marathon Petroleum | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 506. McDonalds | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 507. McDonalds | | | | | Sold (part) | 04/19/12 | J | A | |
| 508. McDonalds | | | | | Sold (part) | 05/08/12 | J | A | |
| 509. Mead Westvaco Corp | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | See Part VIII |
| 510. Mead Westvaco Corp. | | | | | Sold (part) | 07/11/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 48

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

05/08/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Mead Westvaco Corp. | | | | | Sold (part) | 07/16/12 | J | A | |
| 512. Merck | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 513. Natl-Oilwellvarco | A | Dividend | | | Sold (part) | 02/16/12 | J | A | |
| 514. Natl-Oilwellvarco | | | | | Sold (part) | 03/02/12 | J | A | |
| 515. Natl-Oilwellvarco | | | | | Sold (part) | 04/23/12 | J | | |
| 516. Natl-Oilwellvarco | | | | | Sold | 05/08/12 | J | | |
| 517. Netflix-Com | | None | | | Sold (part) | 01/26/12 | J | A | |
| 518. Netflix-com | | | | | Sold (part) | 02/16/12 | J | A | |
| 519. Netflix-com | | | | | Sold | 05/31/12 | J | | |
| 520. Nextera Energy | A | Dividend | K | T | Sold (part) | 02/16/12 | J | A | |
| 521. Nextera Energy | | | | | Buy (add'l) | 10/16/12 | J | | |
| 522. Nextera Energy | | | | | Buy (add'l) | 11/21/12 | J | | |
| 523. Nippon Tel&tel | A | Dividend | J | T | Sold (part) | 03/21/12 | J | A | |
| 524. Nippon Tel&tel | | | | | Buy (add'l) | 11/26/12 | J | | |
| 525. Nissan Motor | A | Dividend | J | T | Sold (part) | 02/01/12 | J | A | |
| 526. Nissan Motor | | | | | Sold (part) | 06/21/12 | J | A | |
| 527. Nissan Motor | | | | | Sold (part) | 08/29/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 48

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

05/08/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Nissan Motor | | | | | Buy (add'l) | 11/06/12 | J | | |
| 529. Nissan Motor | | | | | Buy (add'l) | 11/16/12 | J | | |
| 530. Northeast Utilities | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 531. O'Reilly Automotive | | None | J | T | Buy | 07/20/12 | J | | |
| 532. O'Reilly Automotive | | | | | Buy (add'l) | 11/21/12 | J | | |
| 533. Peabody Energy | A | Dividend | J | T | Sold (part) | 02/16/12 | J | | |
| 534. Orix | | | J | T | Buy | 04/20/12 | J | | |
| 535. Orix | | | | | Buy (add'l) | 08/22/12 | J | | |
| 536. Orix | | | | | Buy (add'l) | 12/13/12 | J | | |
| 537. Philip Morris | B | Dividend | K | T | Buy (add'l) | 02/10/12 | J | | |
| 538. Philip Morris | | | | | Sold (part) | 02/16/12 | J | A | |
| 539. Philip Morris | | | | | Buy (add'l) | 06/12/12 | J | | |
| 540. Philip Morris | | | | | Buy (add'l) | 06/20/12 | J | | |
| 541. Philip Morris | | | | | Sold (part) | 11/05/12 | J | A | |
| 542. Philip Morris | | | | | Buy (add'l) | 11/21/12 | J | | |
| 543. Philip Morris | | | | | Sold (part) | 12/05/12 | J | A | |
| 544. Philip Morris | | | | | Sold (part) | 12/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. Praxair | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 546. Praxair | | | | | Sold (part) | 03/14/12 | J | A | |
| 547. Praxair | | | | | Sold (part) | 08/28/12 | J | A | |
| 548. Praxair | | | | | Buy (add'l) | 08/31/12 | J | | |
| 549. Precision Castparts | A | Dividend | K | T | Buy (add'l) | 06/12/12 | J | | |
| 550. Precision Castparts | | | | | Buy (add'l) | 11/21/12 | J | | |
| 551. Prudential Financial | A | Dividend | J | T | Sold (part) | 02/16/12 | J | | |
| 552. Prudential Financial | | | | | Buy (add'l) | 08/29/12 | J | A | |
| 553. Prudential PLC | A | Dividend | J | T | Sold (part) | 04/24/12 | J | | |
| 554. Prudential PLC | | | | | Sold (part) | 05/03/12 | J | A | |
| 555. Prudential PLC | | | | | Buy (add'l) | 08/29/12 | J | | |
| 556. Prudential PLC | | | | | Sold (part) | 09/28/12 | J | A | |
| 557. Publis Service Enterprise Group | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 558. Roche Holding | | None | J | T | Buy | 09/26/12 | J | | |
| 559. Roche Holding | | | | | Buy (add'l) | 12/14/12 | J | | |
| 560. Qualcomm | A | Dividend | J | T | Sold (part) | 02/16/12 | J | | |
| 561. Qualcomm | | | | | Buy (add'l) | 03/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Qualcomm | | | | | Buy (add'l) | 04/17/12 | J | | |
| 563. Qualcomm | | | | | Buy (add'l) | 11/21/12 | J | | |
| 564. Range Resources | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 565. Range Resources | | | | | Buy (add'l) | 04/19/12 | J | | |
| 566. Range Resources | | | | | Buy (add'l) | 04/23/12 | J | | |
| 567. Range Resources | | | | | Sold (part) | 06/14/12 | J | A | |
| 568. Range Resources | | | | | Buy (add'l) | 06/18/12 | J | | |
| 569. Range Resources | | | | | Buy (add'l) | 11/21/12 | J | | |
| 570. Repsol | A | Dividend | J | T | Sold (part) | 02/06/12 | J | | |
| 571. Repsol | | | | | Sold (part) | 02/15/12 | J | | |
| 572. Repsol | | | | | Sold (part) | 02/29/12 | J | | |
| 573. Repsol | | | | | Buy (add'l) | 03/21/12 | J | | |
| 574. Repsol | | | | | Buy (add'l) | 04/19/12 | J | | |
| 575. Repsol | | | | | Buy (add'l) | 04/20/12 | J | | |
| 576. Repsol | | | | | Sold (part) | 08/22/12 | J | | |
| 577. Rio Tinto | A | Dividend | K | T | Sold (part) | 02/16/12 | J | | |
| 578. Rio Tinto | | | | | Buy (add'l) | 06/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Rio Tinto | | | | | Buy (add'l) | 07/09/12 | J | | |
| 580. Rio Tinto | | | | | Buy (add'l) | 08/31/12 | J | | |
| 581. Rio Tinto | | | | | Buy (add'l) | 09/12/12 | J | | |
| 582. Rio Tinto | | | | | Buy (add'l) | 11/26/12 | J | | |
| 583. Rockwell Automation | A | Dividend | | | Sold (part) | 02/16/12 | J | A | |
| 584. Rockwell Automation | | | | | Sold (part) | 04/25/12 | J | | |
| 585. Rockwell Automation | | | | | Sold (part) | 06/26/12 | J | | |
| 586. Rockwell Automation | | | | | Sold | 07/18/12 | J | | |
| 587. Royal Dutch Shell | A | Dividend | K | T | Sold (part) | 01/13/12 | J | A | |
| 588. Royal Dutch Shell | | | | | Sold (part) | 01/20/12 | J | A | |
| 589. Royal Dutch Shell | | | | | Buy (add'l) | 06/06/12 | J | | |
| 590. Royal Dutch Shell | | | | | Buy (add'l) | 11/19/12 | J | | |
| 591. Royal Dutch Shell | | | | | Buy (add'l) | 11/26/12 | J | | |
| 592. Royal KPN | A | Dividend | | | Sold (part) | 01/03/12 | J | | |
| 593. Royal KPN | | | | | Sold (part) | 04/17/12 | J | | |
| 594. Salesforce.com | | None | J | T | Sold (part) | 04/19/12 | J | A | |
| 595. Salesforce.com | | | | | Sold | 07/30/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

ROSS, ALLYNE R.

05/08/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Sandisk | | None | J | T | Buy | 01/26/12 | J | | |
| 597. Sandisk | | | | | Sold (part) | 02/16/12 | J | | |
| 598. Sandisk | | | | | Buy (add'l) | 03/02/12 | J | | |
| 599. Sandisk | | | | | Sold (part) | 04/30/12 | J | | |
| 600. Sandisk | | | | | Sold (part) | 05/17/12 | J | | |
| 601. Sandisk | | | | | Sold (part) | 06/26/12 | J | | |
| 602. Sandisk | | | | | Buy (add'l) | 11/21/12 | J | | |
| 603. Sanofi | A | Dividend | K | T | Sold (part) | 02/03/12 | J | A | |
| 604. Sanofi | | | | | Buy (add'l) | 06/19/12 | J | | |
| 605. Sanofi | | | | | Buy (add'l) | 06/27/12 | J | | |
| 606. Sanofi | | | | | Buy (add'l) | 07/06/12 | J | | |
| 607. Sanofi | | | | | Buy (add'l) | 11/26/12 | J | | |
| 608. Schneider Electric | A | Dividend | J | T | Sold (part) | 09/18/12 | J | | |
| 609. Schneider Electric | | | | | Sold (part) | 09/20/12 | J | | |
| 610. Schneider Electric | | | | | Buy (add'l) | 11/23/12 | J | | |
| 611. Schneider Electric | | | | | Buy (add'l) | 11/23/12 | J | | |
| 612. Sempra Energy | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Sigma Aldrich | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 614. Sigma Aldrich | | | | | Sold (part) | 04/13/12 | J | A | |
| 615. Sigma Aldrich | | | | | Sold | 04/16/12 | J | | |
| 616. Southern Co. | A | Dividend | | | Sold | 02/16/12 | J | A | |
| 617. Starwood Hotels & Resourts | | None | | | Sold (part) | 04/25/12 | J | | |
| 618. Starwood Hotels & Resorts | | | | | Sold (part) | 05/18/12 | J | | |
| 619. Starwood Hotels & Resorts | | | | | Sold (part) | 06/26/12 | J | | |
| 620. Starwood Hotels & Resourts | | | | | Sold | 10/24/12 | J | A | |
| 621. Stericycle | | None | | | Sold | 03/21/12 | J | A | |
| 622. Sumitomo | B | Dividend | J | T | Sold (part) | 08/23/12 | J | A | |
| 623. Sumitomo | | | | | Sold (part) | 09/26/12 | J | A | |
| 624. Sumitomo | | | | | Buy (add'l) | 11/26/12 | J | | |
| 625. Sumitomo | | | | | Sold (part) | 11/29/12 | J | | |
| 626. Sumitomo | | | | | Sold (part) | 12/07/12 | J | | |
| 627. Sumitomo Mitsui Financial | | None | K | T | | | | | |
| 628. Vertex Pharmaceutical | | None | J | T | Buy | 05/31/12 | J | | |
| 629. Vertex Pharmaceutical | | | | | Buy (add'l) | 06/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

ROSS, ALLYNE R.

05/08/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Vertex Pharmaceutical | | | | | Buy (add'l) | 06/29/12 | J | | |
| 631. Vertex Pharmaceutical | | | | | Buy (add'l) | 11/05/12 | J | | |
| 632. Vertex Pharmaceutical | | | | | Buy (add'l) | 11/21/12 | J | | |
| 633. Telecom Corp. New Zealand | A | Dividend | | | Sold (part) | 06/11/12 | J | A | |
| 634. Telecom Corp. New Zealand | | | | | Sold | 06/18/12 | J | A | |
| 635. Toronto Dominion Bank | A | Dividend | J | T | Sold (part) | 02/16/12 | J | | |
| 636. Toronto Dominion Bank | | | | | Buy (add'l) | 08/29/12 | J | | |
| 637. Total S.A. France | B | Dividend | J | T | Sold (part) | 02/16/12 | J | | |
| 638. Tullow Oil | | None | | | Sold | 01/24/12 | J | | |
| 639. Tyson Foods | B | Dividend | | | Sold (part) | 02/16/12 | J | A | |
| 640. Tyson Foods | | | | | Sold (part) | 07/17/12 | J | | |
| 641. Tyson Foods | | | | | Sold | 09/04/12 | J | | |
| 642. Unilever | A | Dividend | K | T | Sold (part) | 02/16/12 | J | A | |
| 643. Unilever | | | | | Buy (add'l) | 10/16/12 | J | | |
| 644. Unilever | | | | | Buy (add'l) | 11/21/12 | J | | |
| 645. Union Pacific | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 646. Union Pacific | | | | | Sold (part) | 03/20/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. United Health Group | A | Dividend | J | T | Sold (part) | 02/03/12 | J | A | |
| 648. United Health Group | | | | | Sold (part) | 02/03/12 | J | A | |
| 649. United Health Group | | | | | Sold (part) | 02/16/12 | J | A | |
| 650. United Technologies | A | Dividend | J | T | Sold (part) | 02/03/12 | J | A | |
| 651. United Technologies | | | | | Sold (part) | 02/16/12 | J | A | |
| 652. United Technologies | | | | | Sold (part) | 04/23/12 | J | | |
| 653. US Bancorp | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 654. Verifone Systems | | None | | | Sold (part) | 02/16/12 | J | A | |
| 655. Verifone Systems | | | | | Sold (part) | 04/20/12 | J | A | |
| 656. Verifone Systems | | | | | Sold | 04/27/12 | J | A | |
| 657. Verison Communications | A | Dividend | K | T | Sold (part) | 02/16/12 | J | A | |
| 658. Verison Communications | | | | | Sold (part) | 03/14/12 | J | A | |
| 659. Verizon Communications | | | | | Buy (add'l) | 06/11/12 | J | | |
| 660. Verizon Communications | | | | | Buy (add'l) | 07/27/12 | J | | |
| 661. Verizon Communications | | | | | Buy (add'l) | 11/21/12 | J | | |
| 662. VF Corp. | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 663. VF Corp. | | | | | Sold (part) | 02/22/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

ROSS, ALLYNE R.                                                                 05/08/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 664. VF Corp. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 665. VF Corp. | | | | | Sold (part) | 12/06/12 | J | A | |
| 666. Wal Mart | A | Dividend | J | T | Sold (part) | 01/05/12 | J | A | |
| 667. Wal Mart | | | | | Sold (part) | 02/16/12 | J | A | |
| 668. LinkedIn Corp. | | None | J | T | Buy | 05/16/12 | J | | |
| 669. LinkedIn Corp. | | | | | Buy (add'l) | 05/24/12 | J | | |
| 670. LinkedIn Corp. | | | | | Buy (add'l) | 07/16/12 | J | | |
| 671. LinkedIn Corp. | | | | | Sold (part) | 10/11/12 | J | A | |
| 672. LinkedIn Corp. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 673. Waters Corp. | | None | | | Sold | 01/10/12 | J | | |
| 674. Weyerhauser Co. | B | Dividend | J | T | Sold (part) | 02/16/12 | J | | |
| 675. Zurich Ins. Group | | None | J | T | Buy | 09/28/12 | J | | |
| 676. Zurich Ins. Group | | | | | Sold (part) | 12/18/12 | J | A | |
| 677. YUM! Brands | | None | | | Sold (part) | 02/03/12 | J | A | |
| 678. YUM! Brands | | | | | Sold (part) | 02/16/12 | J | A | |
| 679. YUM! Brands | | | | | Sold (part) | 07/05/12 | J | A | |
| 680. YUM! Brands | | | | | Sold | 07/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. 3M Co. | A | Dividend | J | T | Sold (part) | 02/16/12 | J | | |
| 682. ishares S & P Mid Cap 400 Index Fund | B | Dividend | M | T | Sold (part) | 02/16/12 | K | A | |
| 683. ishares S & P Mid Cap 400 Index Fund | | | | | Buy (add'l) | 06/26/12 | J | | |
| 684. ishares S & P Mid Cap 400 Index Fund | | | | | Buy (add'l) | 11/21/12 | K | | |
| 685. ishares S & P Small Cap 600 Index Fund | A | Dividend | M | T | Sold (part) | 02/16/12 | J | A | |
| 686. ishares S & P Small Cap 600 Index Fund | | | | | Buy (add'l) | 06/26/12 | J | | |
| 687. ishares S & P Small Cap 600 Index Fund | | | | | Buy (add'l) | 11/21/12 | J | | |
| 688. JP Morgan International Value SMA Fund | B | Dividend | M | U | Sold (part) | 03/15/12 | J | | |
| 689. JP Morgan International Value SMA Fund | | | | | Sold (part) | 03/27/12 | J | | |
| 690. JP Morgan International Value SMA Fund | | | | | Sold (part) | 06/11/12 | J | | |
| 691. JP Morgan International Value SMA Fund | | | | | Buy (add'l) | 06/13/12 | J | | |
| 692. JP Morgan International Value SMA Fund | | | | | Buy (add'l) | 09/19/12 | J | | |
| 693. JP Morgan International Value SMA Fund | | | | | Buy (add'l) | 10/19/12 | J | | |
| 694. JP Morgan International Value SMA Fund | | | | | Buy (add'l) | 11/19/12 | J | | |
| 695. JP Morgan International Value SMA Fund | | | | | Buy (add'l) | 11/26/12 | J | | |
| 696. Oppenheimer Developing Markets Fund | A | Dividend | M | U | Sold (part) | 01/31/12 | J | | |
| 697. Oppenheimer Developing Markets Fund | | | | | Buy (add'l) | 02/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. Oppenheimer Developing Markets Fund | | | | | Sold (part) | 09/17/12 | J | | |
| 699. Oppenheimer Developing Markets Fund | | | | | Sold (part) | 11/20/12 | J | | |
| 700. New York State Urban Dev. Corp. Bond mat. 3/12 | B | Interest | | | Matured | 03/15/12 | L | | |
| 701. New York Thruway Revenue Bond mat. 4/1/12 | B | Interest | | | Matured | 04/01/12 | L | | |
| 702. New YorkThruway Bond mat. 1/22 | C | Interest | L | T | | | | | |
| 703. NY State Dormitory Authority Bond mat. 7/13 | C | Interest | L | T | | | | | |
| 704. NY State Dormitory Authority Bond mat. 7/19 | C | Interest | L | T | | | | | |
| 705. NY State Dormitory Bond mat. 2/20 | C | Interest | L | T | | | | | |
| 706. Roslyn NY Union Free School District Bond | C | Interest | L | T | | | | | |
| 707. Arlington NY Cent School Bond | C | Interest | L | T | | | | | |
| 708. Onondaga County NY Bond | B | Interest | L | T | | | | | |
| 709. Buffalo NY Bond | C | Interest | L | T | | | | | |
| 710. NYC Muni WTR Fin Authority Bond | C | Interest | L | T | | | | | |
| 711. Massachusetts Bond | C | Interest | L | T | | | | | |
| 712. Saratoga CTY NY Bond | B | Interest | L | T | | | | | |
| 713. Town of Babylon NY Bond | C | Interest | L | T | | | | | |
| 714. Metropolitan Transity Authority Bond | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. NY Municipal Water Authority Bond | C | Interest | L | T | | | | | |
| 716. Dormitory Auth of NY Bond | C | Interest | K | T | | | | | |
| 717. South Huntington NY Bond | B | Interest | K | T | Sold (part) | 08/10/12 | K | A | |
| 718. Garden City NY Bond | B | Interest | L | T | Buy | 03/21/12 | L | | |
| 719. Wallkill NY Gent Sch | B | Interest | L | T | Buy | 04/26/12 | L | | |
| 720. Triborough Bride&Tunnel Authority Bond | C | Interest | L | T | | | | | |
| 721. 34th Street Partnership Bond | B | Interest | L | T | | | | | |
| 722. Tampa Florida Bond | C | Interest | L | T | | | | | |
| 723. Indiana Bond | | None | L | T | Buy | 09/20/12 | L | | |
| 724. | | | | | | | | | |
| 725. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 47 of 48

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

05/08/2013

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, p. 6, l. 42: Purchase of General Mills inadvertently omitted from las year's report.

Part VII, p. 10, l. 106: Purchase on 11/22/11 not reported last year due to inadvertence.

Part VII, p. 11, l. 122: Erroneously reported as part sold on 10/27/11. In fact entire position was sold on that date.

Part VII, p 11, l. 127: Erroneously reported as part sold on 6/14/11. In fact entire position was sold on that date.

Part VII, p. 11, l. 130: Erroneously reported as part sold on 8/11/11. In fact entire position was sold on that date.

Part VII, p. 13, l. 170: Purchased 3/15/11; not reported last year due to inadvertence.

Part VII, p. 15, l. 199: Erroneously reported as sold on 3/10/11; should have been reported as part sold.

Part VII, p. 18, .l. 245: Erroneously reported as part sold on 3/11/11; should have been reported as sold.

Part VII, p. 23, l. 333: Purchase on 3/11/11 not reported last year due to inadvertence.

Part VII, p. 27, l. 407: Acquired in spinoff.

Part VII, p. 33, l. 510: Formerly Mead Johnson Nutrition.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ ALLYNE R. ROSS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544